AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of South Dakota

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

USA v. 23-169-05

)
)
)
)
)
)
)

Case No.    5:23-mj-174

Redacted

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE "ATTACHMENT A", which is attached to and incorporated in this Application and Affidavit.

located in the _____ Western _____ District of _____ South Dakota _____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE "ATTACHMENT B," which is attached to and incorporated in this Application and Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(3), 113(a)(6), 113(a)(8), & 1153 | Assault with a Dangerous Weapon; Assault Resulting in Serious Bodily Injury; and Assault of Intimate Partner by Strangling |
| 18 U.S.C. §§ 1153, 1201(a)(2) | Kidnapping |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ramon Marrufo, Criminal Investigator OST
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8-28-23

_____
*Judge's signature*

City and state:  Rapid City, South Dakota

Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
District of South Dakota

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>USA v. 23-169-05 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   5:23-mj-174<br>Redacted |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ South Dakota _____ *(identify the person or describe the property to be searched and give its location):*

See ATTACHMENT A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

Evidence of the crimes of 18 U.S.C. §§ 1153 and 113(a)(3), 113(a)(6), and 113(a)(8), Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury, and Assault of Intimate Partner by Strangling, and Kidnapping, in violation of 18 U.S.C. §§ 1153 and 1201(a)(2), as described in ATTACHMENT B, attached hereto and incorporated by reference. I find that the affidavit, or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 9-11-23 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Daneta Wollmann _____ .
<em>(United States Magistrate Judge)</em>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **8-28-23   1:30pm** _____        _____
<em>Judge's signature</em>

City and state:        Rapid City, South Dakota _____        Daneta Wollmann, U.S. Magistrate Judge
<em>Printed name and title</em>

CC: AUSA, Lindrooth

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>  5:23-mj-174 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____


_____
*Executing officer's signature*


_____
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DISTRICT

IN THE MATTER OF THE SEARCH OF:     CR     5:23-mj-174

USA v. 23-169-05                    **AFFIDAVIT IN SUPPORT OF
                                    SEARCH WARRANT APPLICATION**

                                    **REDACTED**

State of South Dakota   )
                        ) ss
County of Pennington    )

I, Ramon Marrufo, Criminal Investigator with the Oglala Sioux Tribe, being duly sworn, states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2.     I have been a Special Agent with the OSTDPS since October 2022. I investigate a multitude of Federal criminal violations occurring in Indian country on the Pine Ridge Reservation.

3.     Prior to my employment with OSTDPS, I served as a law enforcement officer with a K-9 for the Rosebud Sioux Tribe and Cheyenne River from 2016-2022. I have been a sworn law enforcement officer since 2007.

4.    The information set forth below is based upon my knowledge of an investigation conducted by the OSTDPS and the investigation of other law enforcement agents and officers.  I have not included each and every fact obtained pursuant to this investigation, but have set forth those facts that I believe are essential to establish the necessary probable cause for the issuance of the search warrant.

## ITEMS TO BE SEARCHED FOR AND SEIZED:

5.    I make this affidavit in support of an application for a search warrant for the search of a vehicle, ███████████████████████████████ ███████████████████████████ currently stored at the Pine Ridge Justice Center impound lot, for evidence of violations of 18 U.S.C. §§ 1153 and 113(a)(3), 113(a)(6), and 113(a)(8), Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury, and Assault of Intimate Partner by Strangling, and 18 U.S.C. §§ 1153 and 1201(a)(2), Kidnapping.

## PROBABLE CAUSE

6.    Your affiant learned on August 9, 2023 at approximately 12:56 p.m., that Oglala Sioux Tribe Department of Public Safety ("OSTDPS") Officer Gabriella Fills The Pipe responded to an assault call in Oglala, South Dakota. ████████████████████████████████████████ ██████████

7. ████████████████████████████

2

8.

9.

10.

11.

12.

13.

14.



15. █████████████████████████████████████████

████████████████████████████████████████████

16. ████████████████████████████████████

████████████████████████

17. █████████████████████████████████████

████████████████████████████████████████████

████████████████████████

18. ████████████████████████████████████

███████████████████████████████

19. ████████████████████████████████████

████████████████████████

20. ███████████████████████████████████████

21. ████████████████████████████████████

██████████████████████████

22. ████████████████████████████████████

████████████████

23. ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

4

24. ██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

19. ██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

21.    Your affiant is requesting a search warrant for the residence for evidence of the crimes of Kidnapping, Assault with a Dangerous Weapon, Assault Resulting in Serious Bodily Injury, and Assault of Intimate Partner by Strangling,

**CONCLUSION**

22.    Based on your affiant training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that the crimes of Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153, and Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153, Assault of Intimate Partner by Strangling, in violation of 18 U.S.C. §§ 113(a)(8) and 1153, and Kidnapping, in violation of 18 U.S.C. §§ 1153 and 1201(a)(2), occurred, and that there is probable cause to search the ████████

██████████████████████████████████████████████

████████, currently stored at the Pine Ridge Justice Center impound lot.

Dated:   8/28/2023

Criminal Investigator
Ramon Marrufo
Oglala Sioux Tribe

5

Sworn to before me and:

☑ signed in my presence.

☐ submitted, attested to, and acknowledged by reliable electronic means.


This 28th day of August, 2023.

_____

DANETA WOLLMANN
U.S. MAGISTRATE JUDGE

6

## Attachment A

### Property to be Searched:

A ██████████████████████████████████████

██████████████████████████████████, currently stored at the Pine Ridge

Justice Center impound lot.

**Attachment B**
**Particular Items to be Seized:**

A baseball ball;

A hammer with a yellow handle;

A cell phone belonging to █████████;

Hair;

Blood and/or DNA; and

Evidence of a crime of Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153, Assault of Intimate Partner by Strangling, in violation of 18 U.S.C. §§ 113(a)(8) and 1153, Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153, and Kidnapping, in violation of 18 U.S.C. §§ 1153 and 1201(a)(2).